THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-62374 WJZ

RECOVERY VILLAGE AT UMATILLA,
L.L.C., a Delaware limited liability company,

        Plaintiff,

v.

UNITED BEHAVIORAL HEALTH, INC.
d/b/a Optum Health, a California corporation,
UNITEDHEALTHCARE INSURANCE
COMPANY, a Connecticut corporation,
UNITED HEALTHCARE SERVICES, INC.,
d/b/a United Health, a Minnesota corporation,
UNITEDHEALTHCARE OF FLORIDA, INC.,
a Florida corporation, OXFORD HEALTH
INSURANCE, INC., a New York licensed
insurance company,

        Defendants.

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants United Behavioral Health, Inc., d/b/a Optum Health, a California corporation, UnitedHealthcare Insurance Company, a Connecticut corporation, United Healthcare Services, Inc., d/b/a United Health, a Minnesota corporation, Unitedhealthcare of Florida, Inc., a Florida corporation and Oxford Health Insurance, Inc., a New York licensed insurance company (collectively, "Defendants"), hereby disclose the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party.

    a. Recovery Village at Umatilla, LLC

    b. Eileen L. Parsons, Esquire

    c. Ver Ploeg & Lumpkin, P.A.

    d. Glenn J. Waldman, Esquire

    e. Waldman, Trigoboff, Hildebrandt, Marx & Calnan, P.A.

    f. United Behavioral Health, Inc.

    g. United Healthcare Insurance Company

    h. United Healthcare Services, Inc.

    i. United Healthcare of Florida, Inc.

    j. Oxford Health Insurance, Inc.

    k. Shari Gerson, Esquire

    l. Daniel Alter, Esquire

    m. Shayna Freyman, Esquire

    n. GrayRobinson, P.A.

2. Any parent corporation and any publicly held corporation owning 10% or more of Defendants' stock.

    a. UnitedHealthcare of Florida, Inc. is a subsidiary of UnitedHealthcare, Inc., which in turn is a subsidiary of United HealthCare Services, Inc., a subsidiary of UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

b. UnitedHealthcare Insurance Company is a subsidiary of UHIC Holdings, Inc., which in turn is a subsidiary of United HealthCare Services, Inc., a subsidiary of UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

c. United HealthCare Services, Inc. is a subsidiary of UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

d. United Behavioral Health is a subsidiary of OptumHealth Holdings, LLC, which in turn is a subsidiary of Optum, Inc., which is a subsidiary of United HealthCare Services, Inc., a subsidiary of UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

e. Oxford Health Plans (NY), Inc. is a subsidiary of Oxford Health Plans LLC, which in turn is a subsidiary of UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2015 the foregoing document was filed with the Clerk of the Court using CM/ECF. I further certify that the foregoing document was served on: Eileen L. Parsons, Esquire, Ver Ploeg & Lumpkin, P.A., 100 S.E. Second Street, Suite 3000,

Miami, Florida 33131, telephone (305) 577-3996, email: eparsons@vpl-law.com; iromero@vpl-law.com and dswitzler@vpl-law.com and Glenn J. Waldman, Esquire, Waldman, Trigoboff, Hildebrandt, Marx & Calnan, P.A., 500 East Broward Boulevard, Suite 1700, Fort Lauderdale, Florida 33394, telephone (954) 467-8600, email: gwaldman@waldmanlawfirm.com , *counsel for Plaintiffs.*

        s/ Shari Gerson
        SHARI GERSON
        Florida Bar No. 17035
        Shari.gerson@gray-robinson.com
        DANIEL ALTER
        Florida Bar No. 0033510
        Dan.alter@gray-robinson.com
        401 East Las Olas Boulevard, Suite 1000
        Fort Lauderdale, FL 33301
        Telephone: (954) 761-8111
        Facsimile: (954) 761-8112
        *Counsel for Defendants*